**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 82 MAL 2022

           Respondent                :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

           v.                         :

                                     :

JOEL MARTINEZ SANTIAGO,         :

                                     :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.